# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAY WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>        Defendants.<br>_____ / | Case No. 1:15-cv-00403-LJO-SKO<br><br>**ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA** |

    Plaintiff is a state prisoner incarcerated at Deuel Vocational Institution in Tracy, California, located in San Joaquin County. The events giving rise to Plaintiff's complaint occurred in Sacramento County.

    Pursuant to this Court's Local Rule 120(d), civil actions arising in San Joaquin County or Sacramento County shall be commenced in the U.S. District Court sitting in Sacramento, California. Local Rule 120(f) provides that "[w]henever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the

1 action to another venue within the District.  Because the events underlying Plaintiff's complaint
2 occurred in the Sacramento Division of the Eastern District and because Plaintiff currently resides
3 in that division, the Court on its own motion transfers this case pursuant to Local Rule 120(f).
4     Accordingly, IT IS HEREBY ORDERED that this case be transferred to the Sacramento
5 Division of the Eastern District of California.

IT IS SO ORDERED.

Dated:   **April 3, 2015**                              **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE